IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

PAUL THIESSEN

v.  C.A. NO. 14-5520

BLATT, HASENMILLER, LEIBSKER &
MOORE, LLC, and PORTFOLIO
RECOVERY ASSOCIATES, LLC, and
X,Y,Z CORPORATIONS

## ORDER

AND NOW, this 11th day of June, 2015, upon consideration of the defendants' motion to dismiss and all responses and replies thereto, it is hereby ORDERED that the motion to dismiss [Doc. 12] is GRANTED.

It is further ORDERED that the Complaint is DISMISSED with prejudice.

It is further Ordered that plaintiff's motion for an extension of time to complete discovery [Doc23] is DENIED as moot.

It is further ORDERED that the Clerk shall mark this case closed for statistical purposes.

BY THE COURT:

*/s/ Jeffrey L. Schmehl*
JEFFREY L. SCHMEHL, J.